DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Neill Grading & Constr. Co. v. Lingafelt<br><br>Case Below:<br>168 N.C. App. 36 | No. 112PA05 | 1.  Defs' NOA Based Upon a Constitutional Question (COA04-108)<br><br>2.  Plt's Motion to Dismiss Appeal<br><br>3.  Defs' Alternative PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 06/30/05<br><br>3. Allowed 06/30/05 |
| O & M Indus. v. Smith Eng'g Co.<br><br>Case Below:<br>165 N.C. App. 705 | No. 502PA04 | 1.  Plt's NOA Based Upon a Constitutional Question (COA03-432)<br><br>2.  Plt's PDR Under N.C.G.S. § 7A-31<br><br>3.  Plt's PWC to Review the Decision of the COA<br><br>4.  Def's (Kurz Transfer Products) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 05/04/05<br><br>2. Allowed 05/04/05<br><br>3. Dismissed as moot 05/04/05<br><br>4. Denied 05/04/05 |
| Page v. Bald Head Ass'n<br><br>Case Below:<br>170 N.C. App. 151 | No. 304P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-649) | Denied 06/30/05 |
| Pritchett & Burch, PLLC v. Boyd<br><br>Case Below:<br>169 N.C. App. 118 | No. 242P05 | Defs' PDR Under N.C.G.S. § 7A-31 (COA04-420) | Dismissed 06/30/05 |
| Ramirez v. Little<br><br>Case Below:<br>168 N.C. App. 729 | No. 187P05 | Plts' PDR Under N.C.G.S. § 7A-31 (COA04-184) | Denied 06/30/05 |
| RSN Props., Inc. v. Jones<br><br>Case Below:<br>168 N.C. App. 729 | No. 186P05 | Defs' (N. Earl Jones, Jr., Specialty Contract Services, LLC, and River Run Investments) and Third-Party Plts' (N. Earl Jones, Jr. and Specialty Contract Services) PDR Under N.C.G.S. § 7A-31 (COA04-100) | Denied 06/30/05 |
| Shoffner v. Wal-Mart Stores, Inc.<br><br>Case Below:<br>165 N.C. App. 905 | No. 569P04 | Defs' PDR Under N.C.G.S. § 7A-31 (COA03-116) | Denied 05/04/05 |